UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RANDALL B. HOFLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-09-201-B-W |
| | ) | |
| GEORGE F. PERKINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on May 26, 2009 her Recommended Decision.  The Plaintiff filed his objections to the Recommended Decision on June 4, 2009.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1.  It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2.  It is further ORDERED that the Complaint (Docket # 1) be and hereby is DISMISSED for lack of jurisdiction.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 25th day of June, 2009