UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RANDALL B. HOFLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:09-cv-00201-JAW |
| | ) | |
| GEORGE F. PERKINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 8, 2012 her Recommended Decision (ECF No. 46). Plaintiff Randall Hofland filed his objections to the Recommended Decision on July 16, 2012 (ECF No. 50). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that Plaintiff's request for Leave to File Motion to Vacate Judgment of Dismissal is DENIED.

SO ORDERED.

                    <u>/s/ John A. Woodcock, Jr.</u>
                    JOHN A. WOODCOCK, JR.
                    CHIEF UNITED STATES DISTRICT JUDGE

Dated this 18th day of July, 2012